Nancy L. Vincent, Asst. Public Defenders, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Glennon P. Fogarty, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Bobby Bostic, appeals the judgment entered by the Circuit Court of the City of St. Louis after a jury found him guilty of eight counts of armed criminal action, RSMo section 571.015,[1] three counts of robbery in the first degree, RSMo section 569.020, three counts of attempted robbery in the first degree, RSMo section 564.011, two counts of assault in the first degree, RSMo section 565.050, one count of kidnaping, RSMo section 565.110, and one count of possession of a controlled substance, RSMo section 571.015.

We have reviewed the briefs of the parties, the legal file, and transcript. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment of the trial court pursuant to Rule 30.25(b).

Cordell Siegel, Susman, Schermer, Rimmel & Shifrin, Clayton, for appellant.

Edward V. Crites, Kortenhof & Ely, St. Louis, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Janet Stringfellow, appeals the judgment entered by the Circuit Court of St. Louis County on the jury verdict finding respondent, Carl Wills, negligent and awarding damages for personal property but assessing no damages for personal injury. Appellant also appeals the denial of her motions for additur and for new trial. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript and find the judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence, and does not erroneously declare or apply the law. As we further find an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).

---

Janet STRINGFELLOW, Appellant,

v.

Carl WILLS, Respondent.

No. 72073.

Missouri Court of Appeals, Eastern District, Division One.

March 24, 1998.

---

Stephen IRVIN, Appellant,

v.

STATE of Missouri, Respondent.

No. 72145.

Missouri Court of Appeals, Eastern District, Division One.

March 24, 1998.

Michael A. Gross, St. Louis, for appellant.

1. All statutory references are to RSMo 1994.